### IN THE MATTER OF THE WILL OF M. LOUISE BROWN, DECEASED.

*Receiver in supplementary proceedings — he cannot contest the probate of a will of the judgment-debtor's wife depriving the husband of all interest in her estate.*

M. Louise Brown having, by her last will, disposed of her property so as to divest her husband of all interest in her estate, a receiver of the property of the husband, appointed in supplementary proceedings, filed objections and desired to contest the probate of the will.

*Held,* that an order of the surrogate striking out the objections and refusing to permit the receiver to appear and contest the probate of the will, made upon the ground that he was not interested in the estate of the deceased, should be affirmed.

APPEAL from an order of the surrogate of Kings county, striking out the objections to the probate of the will of M. Louise Brown, filed by William B. Hill, receiver of George W. Brown, the husband of said deceased.

After the death of said M. Louise Brown and before the probate of her will, the appellant, at the instance of Thomas H. Robbins, a judgment creditor of George W. Brown to a large amount, was appointed receiver of all the property of said George W. Brown, including equitable interests and things in action, effects and estate, real and personal. The receiver claimed by his objections that the will was invalid and illegal, and demanded a construction thereof, seeking to have declared, in effect, that said M. Louise Brown died intestate, and thus throwing a greater amount of property into the hands of George W. Brown, the judgment debtor, than was given

him by the will. Said objections were stricken out, after the receiver had made himself a party, on the ground that he was not a person entitled to contest the probate of said will.

*Phillips & Avery* for W. B. Hill, receiver of George W. Brown, husband of M. Louise Brown, appellant.

*George R. Brown* and *William J. Gaynor*, for the proponent, respondent.

DYKMAN, J.:

The last will and testament of M. Louise Brown, the wife of George W. Brown, so disposed of her property as to deprive him of all interest in her estate. The receiver of the property of the husband, appointed in supplementary proceedings instituted by his creditors, filed objections to the will, and desired to contest the same before the surrogate. The surrogate struck out the objections and refused to permit the receiver to appear and contest the probate of the will, because he was not interested in the estate of the deceased. If the will was set aside and declared invalid, its destruction would afford the creditors of the husband no interest in his wife's estate. They would still have a claim against the husband and they would have nothing more.

The order appealed from should be affirmed with ten dollars costs and disbursements.

PRATT, J., concurred.

Order affirmed with costs and disbursements.